■ ASHLEY RENE ST. HILIARE, an Infant, by Her Mother and Natural Guardian, CAROLINE RENELIQUE, Respondent, v BKO EXPRESS, LLC, et al., Appellants. [20 NYS3d 904]—In an action to recover damages for personal injuries, the defendants appeal from a judgment of the Supreme Court, Kings County (Jacobson, J.), dated September 18, 2013, which, upon a jury verdict on the issue of damages finding that the plaintiff sustained a serious injury under the significant limitation of use category of Insurance Law § 5102 (d), is in favor of the plaintiff and against them in the principal sum of $495,000.

Ordered that the judgment is affirmed, with costs.

The appellants' sole contention, that the jury verdict finding that the plaintiff sustained a serious injury within the meaning of Insurance Law § 5102 (d) as a result of the subject accident was not based on legally sufficient evidence, is unpreserved for appellate review, as the appellants did not raise that issue in the trial court (*see Samouelian v Amroan*, 127 AD3d

723, 723 [2015]; *Volino v Long Is. R.R. Co.*, 83 AD3d 693 [2011]).
Dillon, J.P., Hall, Cohen and Barros, JJ., concur.